UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEKAH BUNDESEN,

    Plaintiff,

v.

SPECTRUM HEALTH SYSTEM,
A domestic nonprofit corporation d/b/a
PRIORITY HEALTH,

    Defendant.

Case No. 2:21-cv-11918-MAG-APP

Hon. Mark A. Goldsmith

| Scott W. Rooney (P42282) | Anthony R. Comden (P44958) |
|---|---|
| NEMES ROONEY, P.C. | MILLER JOHNSON |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 26050 Orchard Lake Road, Suite 300 | 45 Ottawa Avenue, S.W., Suite 1100 |
| Farmington Hills, MI  48334 | Grand Rapids, MI  49503 |
| 248.442.3300 | 616.831.1700 |
| scott@nemesassociates.com | comdent@millerjohnson.com |

## STIPULATION AND ORDER OF DISMISSAL

The parties stipulate to the dismissal of Plaintiff's Amended Complaint and Demand For Jury Trial with prejudice and without costs to either party.

This is a Final Order, which resolves all pending claims and closes this case.

2

Dated: February 16, 2022   By:   *s/ Scott W. Rooney (w/permission)*
Scott W. Rooney (P42282)
NEMES ROONEY, P.C.
Attorneys for Plaintiff
26050 Orchard Lake Road, Suite 300
Farmington Hills, MI  48334
248.442.3300
scott@nemesassociates.com

Dated:  February 16, 2022   By:   *s/ Anthony R. Comden*
Anthony R. Comden (P44958)
MILLER JOHNSON
Attorneys for Defendant
45 Ottawa Avenue, SW, Suite 1100
Grand Rapids, MI  49503
616.831.1757
comdent@millerjohnson.com

# **ORDER**

IT IS SO ORDERED.

Dated:  February 16, 2022           s/Mark A. Goldsmith
Detroit, Michigan                        MARK A. GOLDSMITH
United States District Judge

2

MJ_DMS 34226968v1